# EXHIBIT 2

# EXHIBIT 2

H:\Exhibit Slip sheets.doc

# QUALITY LOAN SERVICE CORPORATION

**Business Entity Information**

| Status: | Active | File Date: | 9/8/1988 |
|---|---|---|---|
| Type: | Foreign Corporation | Entity Number: | C7238-1988 |
| Qualifying State: | CA | List of Officers Due: | 9/30/2013 |
| Managed By: | | Expiration Date: | |
| NV Business ID: | NV19881025458 | Business License Exp: | 9/30/2013 |

**Registered Agent Information**

| Name: | KRISTIN A. SCHULER-HINTZ | Address 1: | 9510 WEST SAHARA AVE SUITE 110 |
|---|---|---|---|
| Address 2: | | City: | LAS VEGAS |
| State: | NV | Zip Code: | 89117 |
| Phone: | | Fax: | |
| Mailing Address 1: | | Mailing Address 2: | |
| Mailing City: | | Mailing State: | NV |
| Mailing Zip Code: | | | |
| Agent Type: | Noncommercial Registered Agent | | |

**Financial Information**

| No Par Share Count: | 10,000.00 | Capital Amount: | $ 0 |
|---|---|---|---|
| No stock records found for this company | | | |

**Officers**                                     ☐ Include Inactive Officers

| Secretary - THOMAS J HOLTHUS | | | |
|---|---|---|---|
| Address 1: | 2141 5TH AVENUE | Address 2: | |
| City: | SAN DIEGO | State: | CA |
| Zip Code: | 92101 | Country: | |
| Status: | Active | Email: | |
| President - KEVIN MCCARTHY | | | |
| Address 1: | 2141 5TH AVENUE | Address 2: | |
| City: | SAN DIEGO | State: | CA |
| Zip Code: | 92101 | Country: | |
| Status: | Active | Email: | |
| Treasurer - KEVIN MCCARTHY | | | |
| Address 1: | 2141 5TH AVENUE | Address 2: | |
| City: | SAN DIEGO | State: | CA |
| Zip Code: | 92101 | Country: | |

| Status: | Active | Email: | |
|---|---|---|---|
| Director - KEVIN MCCARTHY | | | |
| Address 1: | 2141 5TH AVENUE | Address 2: | |
| City: | SAN DIEGO | State: | CA |
| Zip Code: | 92101 | Country: | |
| Status: | Active | Email: | |

**Actions\Amendments**

| Action Type: | Foreign Qualification | | |
|---|---|---|---|
| Document Number: | C7238-1988-001 | # of Pages: | 2 |
| File Date: | 9/8/1988 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Registered Agent Address Change | | |
| Document Number: | C7238-1988-003 | # of Pages: | 1 |
| File Date: | 4/23/1990 | Effective Date: | |
| JOHN M. NETZORG F B | | | |
| 301 E. CLARK AVE #700 LAS VEGAS NV 89104 F B | | | |
| Action Type: | Registered Agent Address Change | | |
| Document Number: | C7238-1988-004 | # of Pages: | 1 |
| File Date: | 1/24/1994 | Effective Date: | |
| JOHN M. NETZORG SUITE 700 TCH | | | |
| 301 EAST CLARK AVE. LAS VEGAS NV 89101 TCH | | | |
| Action Type: | Annual List | | |
| Document Number: | C7238-1988-009 | # of Pages: | 1 |
| File Date: | 12/5/1998 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | C7238-1988-008 | # of Pages: | 1 |
| File Date: | 9/13/1999 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | C7238-1988-010 | # of Pages: | 1 |
| File Date: | 10/3/2000 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | C7238-1988-005 | # of Pages: | 1 |
| File Date: | 9/14/2001 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | C7238-1988-007 | # of Pages: | 1 |

| File Date: | 9/4/2002 | Effective Date: | |
|---|---|---|---|
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | C7238-1988-006 | # of Pages: | 1 |
| File Date: | 9/5/2003 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | C7238-1988-002 | # of Pages: | 2 |
| File Date: | 9/25/2004 | Effective Date: | |
| List of Officers for 2004 to 2005 | | | |
| Action Type: | Annual List | | |
| Document Number: | 20050351382-69 | # of Pages: | 1 |
| File Date: | 8/1/2005 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Amended List | | |
| Document Number: | 20050388783-84 | # of Pages: | 1 |
| File Date: | 8/26/2005 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | 20060502288-43 | # of Pages: | 1 |
| File Date: | 8/4/2006 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | 20070488385-25 | # of Pages: | 1 |
| File Date: | 7/17/2007 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Registered Agent Change | | |
| Document Number: | 20080327255-74 | # of Pages: | 1 |
| File Date: | 5/12/2008 | Effective Date: | |
| 1FSC VIA REG MAIL 5/15/08 FAB | | | |
| Action Type: | Annual List | | |
| Document Number: | 20080469883-78 | # of Pages: | 1 |
| File Date: | 7/15/2008 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | 20090597747-50 | # of Pages: | 1 |
| File Date: | 7/31/2009 | Effective Date: | |
| 09-10 | | | |
| Action Type: | Registered Agent Address Change | | |
| Document Number: | 20100368824-74 | # of Pages: | 1 |

| File Date: | 5/17/2010 | Effective Date: | |
|---|---|---|---|
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | 20100784900-21 | # of Pages: | 1 |
| File Date: | 10/19/2010 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Amended List | | |
| Document Number: | 20100854500-75 | # of Pages: | 1 |
| File Date: | 11/10/2010 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | 20110603586-02 | # of Pages: | 5 |
| File Date: | 8/17/2011 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | 20120540680-38 | # of Pages: | 2 |
| File Date: | 8/3/2012 | Effective Date: | |
| (No notes for this action) | | | |