# EXHIBIT 3

# EXHIBIT 3

H:\Exhibit Slip sheets.doc

Carson City NEVADA

Assessor Home | Personal Property | Sales Data | Secured Tax Inquiry | Recorder Search

## Parcel Detail for Parcel # 008-342-19

### Location

Property Location 1311 LA LOMA DR
Town
Subdivision PARK TERRACE Lot 152 Block
Property Name

Add'l Addresses
Legal Description

### Ownership

Assessed Owner Name JACOBSEN, MATT P
Mailing Address P O BOX 112609
CAMPBELL, CA 95011-2609

Ownership History
Document History

Legal Owner Name JACOBSEN, MATT P
Vesting Doc#, Date 424972 08/08/12 Book/Page /
Map Document #s

### Description

Total Acres .140 Square Feet 6,272
Ag Acres .000 W/R Acres .000

Improvements

Single-fam Detached 1 Non-dwell Units 1 Bdrm/Bath 4/2.75
Single-fam Attached 0 MH Hookups 0 Stories 1.0
Multi-fam Units 0 Wells 0
Mobile Homes 0 Septic Tanks 0
Total Dwelling Units 1 Bldg Sq Ft 1,128
Garage Sq Ft 440 Attch/Detch A
Improvement List Basement Sq Ft 1,144 Finished 1,144

### Appraisal Classifications

Current Land Use Code 200 Code Table
Zoning SF6
Re-appraisal Group 4 Re-appraisal Year 2011
Orig Constr Year 1974 Weighted Year

### Assessed Valuation

| Assessed Values | 2012-13 | 2011-12 | 2010-11 |
|---|---|---|---|
| Land | 10,413 | 10,413 | 14,000 |
| Improvements | 24,424 | 24,424 | 25,294 |
| Personal Property | 0 | 0 | 0 |
| Ag Land | 0 | 0 | 0 |
| Exemptions | 0 | 0 | 0 |
| Net Assessed Value | 34,837 | 34,837 | 39,294 |
| Increased (New) Values | | | |
| Land | 0 | 0 | 0 |
| Improvements | 0 | 0 | 0 |
| Personal Property | 0 | 0 | 0 |

### Taxable Valuation

| Taxable Values | 2012-13 | 2011-12 | 2010-11 |
|---|---|---|---|
| Land | 29,751 | 29,751 | 40,000 |
| Improvements | 69,783 | 69,783 | 72,269 |
| Personal Property | 0 | 0 | 0 |
| Ag Land | 0 | 0 | 0 |
| Exemptions | 0 | 0 | 0 |
| Net Taxable Value | 99,534 | 99,534 | 112,269 |
| Increased (New) Values | | | |
| Land | 0 | 0 | 0 |
| Improvements | 0 | 0 | 0 |
| Personal Property | 0 | 0 | 0 |

Back to Search List