1  Nathan Kanute, Esq.
   Nevada Bar No. 12413
2  Erica Stutman, Esq.
   Nevada Bar No. 10794
3  SNELL & WILMER L.L.P.
   50 W. Liberty Street, Ste. 510
4  Reno, NV 89501-1961
   Telephone: (775) 785-5440
5  Facsimile: (775) 785-5441
   Email: nkanute@swlaw.com
6          estutman@swlaw.com

7  *Attorneys for HSBC BANK USA, N.A.*

8

9              IN THE UNITED STATES DISTRICT COURT
                     DISTRICT OF NEVADA
10

11  MATT P. JACOBSEN,                    CASE NO. 3:12-cv-00486-MMD-WGC

12              Plaintiff,               **ORDER TO EXPUNGE *LIS PENDENS***

13  vs.

14  HSBC BANK USA, N.A., HSBC
    MORTGAGE CORPORATION (USA);
15  HSBC MORTGAGE CORPORATION
    (USA) A DELAWARE CORPORATION;
16  QUALITY LOAN SERVICE
    CORPORATION,
17
                Defendants.
18

19          Upon consideration of Defendant HSBC Bank USA, N.A.'s Motion to Expunge *Lis

20  Pendens*, and for good cause shown,

21          **IT IS HEREBY ORDERED** that the motion is granted.

22          **IT IS FURTHER ORDERED** that the Notice of Pendency of Action recorded on

23  October 5, 2015 in the Carson City Recorder's Office, file number 458245, is hereby expunged

24  and of no further force or effect.

25  **IT IS SO ORDERED**

26

27  Date: _____March 25_____, 2019.                          _____
28                                                              DISTRICT COURT JUDGE